IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA BREWER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JUSTPLAY GMBH d/b/a JUSTPLAY and GIMICA GMBHA d/b/a GIMICA GAMES, <br><br> Defendant. | Case No. 2:24-cv-02244-CSB-EIL |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Angela Brewer, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant JustPlay GMBH d/b/a JustPlay and Gimica GMBH d/b/a Gimica Games without prejudice.

Dated: September 15, 2025,                                  Respectfully submitted,

                                                                                     */s/ Gary M. Klinger*
                                                           Gary M. Klinger (IL Bar No. 6303726)
                                                           **MILBERG COLEMAN BRYSON**
                                                           **PHILLIPS GROSSMAN, PLLC**
                                                           227 W. Monroe Street, Suite 2100
                                                           Chicago, Illinois 60606
                                                           Telephone: (866) 252-0878
                                                           Email: gklinger@milberg.com

                                                           *Attorneys for Plaintiff and*
                                                           *the Putative Class*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2025, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

By: */s/ Gary M. Klinger*
Gary M. Klinger